IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-69518-wlh |
| CHUDNEY OLIVER, | CHAPTER: 13 |
| Debtors. | JUDGE: HONORABLE CHIEF JUDGE WENDY L. HAGENAU |

**OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE**

COMES NOW U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 2446 Ridgelake Drive, Villa Rica, Georgia 30180, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $25,408.12, more particularly described in the proof of claim once filed. The plan calls for an estimated pre-petition arrearage amount of $10,680.00 with monthly disbursements on this claim in the amount of $200.23 increasing to $480.23 to start January 2021. Debtors have underestimated the amount of the arrearage due to the Creditor, and for this reason, Creditor objects.

2. Creditor reserves the right to raise the failure of Debtors to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Andrew H. McCullen
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400/Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 20-69518-WLH |
| CHUDNEY OLIVER, | Chapter 13 |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 22, 2020, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on September 22, 2020, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Richard K. Valldejuli, Jr.        Nancy J. Whaley

**The following parties have been served via U.S. First Class Mail**:

Chudney Oliver
2446 Ridgelake Drive
Villa Rica, GA 30180

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: September 22, 2020        Signature: /s/Tori Ward
　　　　　　　　　　　　　　　　　　Printed Name: TORI WARD
　　　　　　　　　　　　　　　　　　Address:   Aldridge Pite, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　 4375 Jutland Drive, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　　 P.O. Box 17933
　　　　　　　　　　　　　　　　　　　　　　　　　 San Diego, CA 92177-0933
　　　　　　　　　　　　　　　　　　Phone:    (858) 750-7600
　　　　　　　　　　　　　　　　　　Fax:       (619) 590-1385