IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> CHUDNEY OLIVER, <br><br> Debtor. | CASE NO. 20-69518-wlh <br><br> CHAPTER: 13 <br><br> JUDGE: HONORABLE CHIEF JUDGE WENDY L. HAGENAU |

<u>OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE</u>

COMES NOW U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 2446 Ridgelake Drive, Villa Rica, GA 30180, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. On September 30, 2020, Creditor filed a pre-petition arrearage claim for the second mortgage in the amount of $24,770.17. Debtor's plan is silent with regard to the second mortgage. As such, the Creditor objects.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Andrew H. McCullen
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-69518-WLH |
| CHUDNEY OLIVER, | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 1, 2020, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on October 1, 2020, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Richard K. Valldejuli, Jr.

Nancy J. Whaley

**The following parties have been served via U.S. First Class Mail**:

Chudney Oliver
2446 Ridgelake Drive
Villa Rica, GA 30180

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 1, 2020

Signature: /s/Tori Ward
Printed Name: TORI WARD
Address:   Aldridge Pite, LLP
           4375 Jutland Drive, Suite 200
           P.O. Box 17933
           San Diego, CA 92177-0933
Phone:     (858) 750-7600
Fax:       (619) 590-1385