## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| CHUDNEY WILLIAMS OLIVER, ) | |
| ) | CASE NO. 20-69518-WLH |
| Debtor. ) | |
| _____ ) | |
| CHUDNEY WILLIAMS OLIVER, ) | |
| ) | |
| Movant. ) | |
| ) | |
| vs. ) | CONTESTED MATTER |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| AS TRUSTEE FOR RESIDENTIAL ASSET ) | |
| SECURITIES CORPORATION, HOME ) | |
| EQUITY MORTGAGE ASSET-BACKED ) | |
| PASS-THROUGH CERTIFICATES ) | |
| SERIES 2007-KS2, and PHH MORTGAGE ) | |
| SERVICE CORP., its Servicing Agent, ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM OF
### U.S. BANK NATIONAL ASSOCIATION (CLAIM NO. 6-1)

**PLEASE TAKE NOTICE** that **CHUDNEY WILLIAMS OLIVER**, has filed an Objection on November 3, 2020 to the above referenced claim seeking an order disallowing said claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then you or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

**Bankruptcy Clerk's Office**
**1340 Russell Federal Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney does not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

**If you or your attorney file a timely response, then a hearing will be held in <u>December 16, 2020</u> at <u>10:20 AM</u>, in <u>Courtroom 1403,</u> U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. You or your attorney must attend the hearing and advocate your position.**

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

This 3rd day of November, 2020.

|  |  |
|---|---|
|  | ___/s/_____ |
| Valldejuli & Associates, LLC | Richard K. Valldejuli, Jr. |
| 2199 Lenox Road, Suite A | Attorney for Debtor/Movant |
| Atlanta, GA  30324 | GA Bar No: 723225 |
| (404) 636-9957 |  |
| rkv@valldejuliandassociates.com |  |

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) ) | |
| ) | CHAPTER 13 |
| CHUDNEY WILLIAMS OLIVER, ) ) | |
| ) | CASE NO. 20-69518-WLH |
| Debtor. ) | |
| _____ ) | |
| CHUDNEY WILLIAMS OLIVER, ) ) | |
| ) | |
| Movant. ) | |
| ) | |
| vs. ) | CONTESTED MATTER |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) AS TRUSTEE FOR RESIDENTIAL ASSET ) SECURITIES CORPORATION, HOME ) EQUITY MORTGAGE ASSET-BACKED ) PASS-THROUGH CERTIFICATES ) SERIES 2007-KS2, and PHH MORTGAGE ) SERVICE CORP., its Servicing Agent, ) ) | |
| Respondent. ) | |

### OBJECTION TO PROOF OF CLAIM OF
### U.S. BANK NATIONAL ASSOCIATION (CLAIM NO. 6-1)

**COMES NOW**, the Debtor/Movant herein, and files this Objection to the Proof of Claim filed by **U.S. BANK NATIONAL ASSOCIATION (CLAIM NO. 6-1)** (hereinafter "US BANK" or "Respondent") and as follows:

1.

Debtor filed for relief under Chapter 13 of the Bankruptcy Code on September 1, 2020.

2.

US BANK filed a proof of claim on September 30, 2020 in the principal amount of $69,981.73, with a pre-petition arrearage amount of $24,770.17 (Claim Docket No. 6-1). Said claim asserts to be secured by a second position deed to secure debt on Debtor's

residence located at 2445 Ridgelake Drive, Villa Rica, Georgia, Douglas County, (the "Residence") more particularly described as follows:

ALL TRACT OR PARCEL OF LAND LYING AND BEING IN LAD LOT 178 OF THE 2ND DISTRICT, 5TH SECTION DOUGLAS COUNTY, GEORGIA, BEING LOT 130, UNIT TWO OF STILLWATER AT MIRROW LAKE SUBDIVISION, AS PER PLAT THEROF RECORDED IN PLAT BOOK 24, PAGE 278, DOUGLAS COUNTY GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

3.

In support of its claim, US BANK attached a Loan Payment History from the first date of default on July 1, 2013 through the petition date, September 1, 2020.

4.

Debtor/Movant was joint-debtor in a prior Chapter 13, case number 14-61319-wlh, filed June 9, 2014 and discharged after Plan completion by order entered March 12, 2020 (the "Prior 13 Case").

5.

By Order entered October 15, 2014 in the Prior 13 Case, US BANK's second position deed to secure debt on the Residence was held as wholly unsecured pursuant to U.S.C. §506(d), and "stripped" or otherwise avoided pursuant to 11 U.S.C. § 506(d) effective upon discharge (Case No. 14-61319-wlh , Doc. No. 39).

6.

Repondent's claim is not only a violation of Debtor's discharge injunction, but also subject to sanctions for filing a false claim 18 U.S.C. §§157 and 3571

**WHEREFORE**, based on the foregoing facts, Debtor prays that an order be entered disallowing Respondent's Claim No. 6-1 in its' entirety pursuant to 11 U.S.C § 502(b)(1).

This 3rd day of November, 2020.

|  |  |
|---|---|
| Valldejuli & Associates, LLC | ___/s/_____ |
| 2199 Lenox Road, Suite A | Richard K. Valldejuli, Jr. |
| Atlanta, GA  30324 | Attorney for Debtor/Movant |
| (404) 636-9957 | GA Bar No: 723225 |
| rkv@valldejuliandassociates.com | |

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***Objection to Proof of Claim of U.S. National Bank Association(Claim 6-1)*** and ***Notice of Assignment of Hearing,*** by EFC transmission and/or depositing in the United States Mail, a copy of same in a properly addressed envelope with adequate postage thereon upon:

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, 303 Peachtree Center Avenue
Atlanta, GA 30303

      Pursuant to Bankruptcy **Rule 7004(h)(1)** by 1st class mail addressed to attorney appearing on behalf of an insured depository institution upon the following:

U.S. National Bank Association
c/o Andrew Houston McCullen
amccullen@aldridgepite.com
Aldridge Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305

PHH Mortgage Corporation
c/o Andrew Houston McCullen
amccullen@aldridgepite.com
Aldridge Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305

      This 3rd day of November, 2020.

|  |  |
|---|---|
| Valldejuli & Associates, LLC | ___/s/_____<br>Richard K. Valldejuli, Jr. |
| 2199 Lenox Road, Suite A | Attorney for Debtor/Movant |
| Atlanta, GA  30324 | GA Bar No: 723225 |
| (404) 636-9957 |  |
| rkv@valldejuliandassociates.com |  |