IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA –
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CHUDNEY OLIVER,<br><br>      Debtor. | CASE NO. 20-69518-wlh<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE CHIEF JUDGE WENDY L. HAGENAU<br><br>CONTESTED MATTER |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-KS2,<br><br>      Movant,<br>v.<br><br>CHUDNEY OLIVER, Debtor<br>NANCY J. WHALEY, Trustee,<br><br>      Respondent(s). | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (#6)

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2 on September 30, 2020, and assigned as Claim Number 6, is hereby withdrawn, without prejudice.

Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: amccullen@aldridgepite.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA –
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CHUDNEY OLIVER,<br><br>Debtor. | Case No. 20-69518-WLH<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on December 10, 2020, I served a copy of **Notice of Withdrawal of Proof of Claim** which was filed in this bankruptcy matter on December 10, 2020, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Richard K. Valldejuli, Jr.                                   U.S. Trustee

Nancy J. Whaley


**The following parties have been served via U.S. First Class Mail**:
Chudney Oliver
2446 Ridgelake Drive
Villa Rica, GA 30180

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: December 10, 2020

_____
Andrew H. McCullen, Bar No.:872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400/Fax: (619) 590-1385
Email:amccullen@aldridgepite.com