## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CHAPTER 13** |
| **CHUDNEY WILLIAMS OLIVER,** | ) | |
| | ) | **CASE NO. 20-69518-WLH** |
| Debtor. | ) | |
| _____ | ) | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **CHUDNEY WILLIAMS OLIVER,** | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| **vs.** | ) | **CONTESTED MATTER** |
| | ) | |
| **U.S. BANK NATIONAL ASSOCIATION,** | ) | |
| **AS TRUSTEE FOR RESIDENTIAL ASSET** | ) | |
| **SECURITIES CORPORATION, HOME** | ) | |
| **EQUITY MORTGAGE ASSET-BACKED** | ) | |
| **PASS-THROUGH CERTIFICATES** | ) | |
| **SERIES 2007-KS2, and PHH MORTGAGE** | ) | |
| **SERVICE CORP., its Servicing Agent,** | ) | |
| | ) | |
| Respondent. | ) | |

### WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM

**COMES NOW**, the above Debtor, by and through her attorney of record, hereby

withdraws her **"*Objection to Proof of Claim of U.S. National Bank Association (Claim 6-1)*"**

filed November 3, 2020 (Doc. No. 22).

This 14th day of December, 2020.


 

 

\_\_\_/s/_____

Valldejuli & Associates, LLC        Richard K. Valldejuli, Jr.

2199 Lenox Road, Suite A        Attorney for Debtor/Movant

Atlanta, GA  30324        GA Bar No: 723225

(404) 636-9957

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing "***Withdrawal of Objection to Proof of Claim of U.S. National Bank Association (Claim 6-1))***"  by ECF transmission to **:**


Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, 303 Peachtree Center Avenue
Atlanta, GA 30303


PHH Mortgage Corporation
c/o Andrew Houston McCullen
amccullen@aldridgepite.com
Aldridge Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305


This 14ᵗʰ day of December, 2020.


|  |  |
|---|---|
| | ___/s/_____ |
| Valldejuli & Associates, LLC | Richard K. Valldejuli, Jr. |
| 2199 Lenox Road, Suite A | Attorney for Debtor/Movant |
| Atlanta, GA  30324 | GA Bar No: 723225 |
| (404) 636-9957 | |